(Nolan (Date Easley T.85010)

If you WANNA Handle this with Diplomacy Withdrawl the Pending 4 Disciplinary Reports with transfer to Correct Mental Facility RTU (old Colony) then Comply with MGL 123 App. § 1-1 Article IX (6)

Y'all kidnapp Me 4 Am Send me Hear Refuse My Zoloft Medication Making Me Unstable knowing I Have Court order For Mental Health treatment its mental Health Fault I Have A Bipolar Depression And Involuntary Impulse Control As well As Explosive Disorder

55111
55112
55771
55953

Its Not Procedure to Hold Mentally ill Patients Responsible or Punish them For there Illness 8th Amend Const violation

Scitzophrinia

05-2030

Now that you know the Violations you Are Committing IF you (Supervisor) Continue to Allow these Violations its Not only A Mental Health lawsuit All Supervisors will Be Held liable IN Court For Monetary Damages

cc.   $25,000.00 Monetary




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*

Tel: (508) 660-8000   Fax: (508) 660-8009
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James Bender
*Deputy Commissioner*

David Nolan
*Superintendent*

June 9, 2005

David Easley T-85010
MCI-Cedar Junction
Orientation Unit

Dear Mr. Easley:

I am in receipt of your letter dated June 7, 2005, concerning an issue with your Zoloft medication.

Please be advised that you should be directing your medical and mental health issues to the Health Service Unit. If you are not satisfied with the treatment you are receiving you should file a medical grievance. I am enclosing a form for you in the event you choose to file the grievance.

Sincerely,

David Nolan
Superintendent

cc:  Stan Galas, HSU Administrator
     Erika Grandberg, Director of Mental Health
     Inmate File
     File