UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID EASLEY,<br>    Plaintiff,<br><br>       v.<br><br><br>KATHLEEN DENNEHY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11356-MEL<br>)<br>)<br>)<br>) |

ORDER OF DISMISSAL

LASKER, S.J.

In accordance with the Memorandum and Order dated June 30, 2005 directing dismissal of the above-captioned matter, it is hereby ORDERED the above captioned matter is dismissed without prejudice.

Dated: July 6, 2005              /s/ George Howarth
                                 Deputy Clerk